FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 OCT 16 PM 12: 55

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

RICHARD B BAYSON, PLAINTIFF

V

CITY OF LINCOLN, Official Capacity, c/o City Attorney; SUPERINTENDENT OF THE NEBRASKA STATE PATROL, Official Capacity, c/o/ Nebraska Attorney General's Office, INTERNAL AFFAIRS SERGEANT STOVER, Personal Capacity, Lincoln Police and LANCASTER COUNTY SHERIFF, c/o Lancaster County Attorney's Office

Defendants

10/14/2026

Case Number: 4:26cv3344

MOTION TO SUPPLEMENT THE RECORD WITH CHRONOLOGY OF SURVEILLANCE INCIDENTS AND NOTICE OF VIDEO RECORDINGS

RECEIVED
OCT 16 2026
CLERK
U.S. DISTRICT COURT

Introduction

Plaintiff submits this motion to supplement the record with the chronology of surveillance incidents involving Lincoln Police Department, Nebraska State Patrol, and the Lancaster County Sheriff's Office. The chronology identifies each incident by date, time, location, and agency presence. These documented events are relevant to Plaintiff's Fourth Amendment claim for unreasonable seizure by show of authority, Plaintiff's First Amendment retaliation claim for adverse action following protected activity, and Plaintiff's Fourteenth Amendment selective enforcement claim. No defendants have appeared or are represented at this time.

June 18, 2025 – Bethany Park (North 66th Street & Vine Street)

On June 18, 2025, I was parked inside Bethany Park near North 66th Street and Vine Street. While my vehicle was stationary, a Lincoln Police Department unit positioned itself directly behind my vehicle. This was the earliest incident in which I observed a police vehicle parking in close proximity without any apparent reason. This encounter marked the beginning of the pattern of repeated police drive-bys and proximity-based interactions that I later continued documenting.

---

October 20, 2025 – 10:34 a.m. (Loren Corey Eiseley Branch Library)

On October 20, 2025, at approximately 10:34 a.m., I parked behind the Loren Corey Eiseley Branch Library and remained stationary for several minutes. During this time, a Lincoln Police Department unit drove past the rear of the library. This was the first of multiple drive-bys at this same location. Because of the repeated nature of these encounters, I began recording them. This incident represents one of the earliest documented examples of recurring police presence behind the library.

---

October 22, 2025 – 8:28 a.m. (Loren Corey Eiseley Branch Library)

On October 22, 2025, at approximately 8:28 a.m., I was again parked behind the Loren Corey Eiseley Branch Library. While my vehicle remained stationary, a Lincoln Police Department unit drove past my location, approaching from a different direction than the October 20 encounter. This time, the police vehicle passed on the right side of my vehicle. This incident was one of several repeated drive-bys at the same location, contributing to the ongoing pattern of repeated police drive-bys that I continued documenting through recorded video.

---

October 27, 2025 – Morning Encounter (North 14th Street & Adams Street)
On October 27, 2025, after dropping my nephew off from an interview, I drove toward the Loren Corey Eiseley Branch Library. As I approached the intersection of North 14th Street and Adams Street, a Lincoln Police Department vehicle was directly in front of me at the moment I prepared to make a right turn. The police vehicle made the same turn and proceeded in the same direction I was traveling.

As I continued driving toward the library, a second Lincoln Police Department vehicle exited a church parking lot and entered the roadway ahead of me, also traveling in the same direction. This resulted in two police vehicles being in close proximity to my vehicle within the same general area and timeframe. I documented this as part of the pattern of repeated police presence occurring throughout this period.

---

October 27, 2025 – 11:53 a.m. (Behind Loren Corey Eiseley Branch Library)
On October 27, 2025, at approximately 11:53 a.m., I was parked behind the Loren Corey Eiseley Branch Library with the intention of dropping off mail at the nearby postal service location. Before I exited the area or mailed anything, I observed a Lincoln Police Department officer positioned behind a house in the adjacent residential area, watching my vehicle from a distance.

As I began to pull out toward Superior Street, the officer stepped out from behind the house and walked back toward his patrol vehicle. The timing of his movement gave the appearance that he had been concealed until the moment I began driving away. This encounter occurred shortly after the earlier police activity that same day and contributed to the ongoing pattern of repeated proximity-based encounters near my vehicle and locations I frequented.

---

November 4, 2025 – 1:14 p.m. (Meadow Woods Apartments, 4300 North 7th Street)
On November 4, 2025, at approximately 1:14 p.m., I arrived at my residence at Meadow Woods Apartments, located at 4300 North 7th Street. As I pulled into the complex, I observed a Lincoln Police Department vehicle positioned directly in front of the property and facing toward the apartment buildings.

I then proceeded to park and walked upstairs to my apartment on the third floor, Unit 306. Within seconds of unlocking and opening my apartment door, I observed two Lincoln Police Department officers exiting the apartment next to mine. Their exit occurred immediately after I arrived at the complex and entered my apartment.

I later informed Sergeant Alex Stover (Badge #1757, email: lpd1757@lincoln.ne.gov) of Internal Affairs about this incident. He stated that the officers were conducting a wellness check. I noted the timing because the officers' presence and exit occurred almost simultaneously with my arrival and entry into my apartment.

November 8, 2025 – 1:01 p.m. (Casey's Gas Station)
On November 8, 2025, at approximately 1:01 p.m., I pulled into Casey's gas station to pump gas. At the exact moment I arrived and parked at the pump, a Lincoln Police Department vehicle pulled into the station and parked. The timing of the officer's arrival coincided precisely with my arrival at the pump. This incident was another example of repeated police proximity occurring at routine locations.

---

November 22, 2025 – 4:30–4:45 p.m. (I-80 Eastbound, Omaha, Nebraska)
On November 22, 2025, between approximately 4:30 p.m. and 4:45 p.m., I was traveling eastbound on Interstate 80 toward Omaha, Nebraska, to see the movie Predator: Badlands. While driving, I observed a police officer already positioned on the shoulder with emergency lights activated before I passed his location. I was not speeding or violating any traffic laws at the time.

After passing the officer, I briefly pulled over to see whether he would continue driving past me. Instead, the officer pulled in directly behind my vehicle without activating sirens, issuing a ticket, or initiating a formal stop. The officer approached my vehicle and used a flashlight to look inside. I asked the officer if everything was okay, and he responded that it was. He then returned to his patrol vehicle and drove away without issuing any citation or providing any explanation for the encounter.

This incident was another example of repeated police proximity and drive-by encounters occurring during routine travel.

---

November 25, 2025 – 10:22 a.m. (Bethany Park, North 66th & Vine Street)
On November 25, 2025, at approximately 10:22 a.m., I was parked inside Bethany Park near North 66th Street and Vine Street. A few minutes after I arrived, a police vehicle drove directly in front of my parked vehicle. A few minutes later, a second police vehicle drove past in the same direction. These repeated drive-bys occurred within minutes of each other and contributed to the ongoing pattern of recurring police presence at locations I frequented.

---

December 30, 2025 – Internal Affairs Meeting (Lincoln Police Department)
On December 30, 2025, I went to the Lincoln Police Department to speak directly with Sergeant Alex Stover of the Internal Affairs Division. I walked into his office to discuss the repeated encounters I had been experiencing with police officers over the prior six to seven months. I informed him that police officers, state troopers, and sheriff's vehicles had been following me throughout Lincoln and around the city during morning, afternoon, evening, and nighttime hours.

I informed Sergeant Stover that I had numerous photographs and videos documenting these encounters. He stated that he would take action. After this meeting, the repeated encounters continued, and the frequency of police presence increased. I documented these incidents through photographs and videos taken on numerous days throughout the city of Lincoln.

---

March 17, 2026 – I-80 Southbound Stop (Officers Waltz #1885 and Ranz #4447)
On March 17, 2026, I departed from my residence at 4300 North 7th Street and traveled southbound on Interstate 80 toward downtown Lincoln to go to the courthouse. As I drove over the bridge near the college stadium entrance, I observed a Lincoln Police Department unit positioned on the left side of the roadway. Several vehicles ahead of me were traveling at higher speeds, passing directly in front of the officer's location.

While I watched from a distance, the officer did not initiate contact with any of the vehicles speeding in front of him. Instead, as I approached, the officer pointed toward my vehicle and initiated a stop. The officers involved were Officer Waltz (#1885) and Officer Ranz (#4447) of the Lincoln Police Department.

During the stop, the officers did not issue a citation. They requested my driver's license, insurance, and registration, and stated that I had been speeding, although I was not speeding at the time. They issued a warning, which I retained as Exhibit B. I was accompanied by my nephew during this encounter.

---

Walmart → North 27th Street → Superior Street → Walgreens/CVS Circle → North 14th Street

On August 2, 2026, at approximately 7:51 p.m., I exited the Walmart parking area and made a left turn onto North 27th Street, heading toward Superior Street. Upon reaching Superior Street, I made a right turn, traveling northbound toward the Walgreens/CVS traffic circle.

While driving northbound on Superior Street, a Lincoln Police Department vehicle was traveling southbound in the opposite direction. After the officer passed my vehicle, I observed in my rearview mirror that the officer made a U-turn on Superior Street and began traveling northbound directly behind my vehicle.

The officer continued following me at close proximity as I proceeded toward the Walgreens/CVS traffic circle. I was driving normally and not speeding. The officer remained behind my vehicle through the traffic circle and continued following me northbound toward North 14th Street, heading in the direction of downtown Lincoln.

At North 14th Street, I made a right turn onto A Street, exiting toward a residential area. The officer continued driving straight ahead after I turned, ending the period of following. The encounter involved a sustained period of close-distance trailing from Superior Street, through the Walgreens/CVS circle, and up to North 14th Street.

This incident is consistent with the pattern of proximity-based surveillance encounters previously documented and aligns with the multi-location, repeated-contact pattern already established in your chronology.

Loren Corey Eiseley Branch Library (Rear Parking Area)

On August 9, 2026, at approximately 4:20 p.m., I was seated inside my vehicle parked behind the Loren Corey Eiseley Branch Library. While I was stationary in the rear parking area, a Lincoln Police Department vehicle drove past my location.

As the officer passed my vehicle, he looked directly at me and appeared to be laughing in a spiteful or mocking manner while continuing to drive by. The officer did not stop, initiate contact, or provide any explanation for his behavior. The encounter consisted solely of the officer driving past my parked vehicle while displaying the described conduct.

Escalation of Surveillance-Pattern Encounters
August 9, 2026 – August 19, 2026

Between August 9, 2026 and August 19, 2026, a clear escalation occurred in the frequency, timing, proximity, and multi-agency nature of law-enforcement vehicle encounters involving the Lincoln Police Department, the Lancaster County Sheriff's Office, and, later, the Omaha Police Department. This essay provides a structured, factual, and judge-ready explanation of how the situation intensified over this ten-day period. The analysis relies exclusively on documented roadway encounters, each of which involved no communication, no investigatory stop, and no engagement, but instead consisted of officers appearing at the exact moment you entered or exited specific roadways, intersections, or parking areas. The escalation is demonstrated through increased frequency, expanded geographic range, repeated timing coincidences, and the introduction of multi-unit and multi-agency encounters.

---

I. Early Period: August 9–12, 2026
Initial Indicators of Timing-Based Encounters

The earliest documented encounters in this period show a pattern of timing-based proximity encounters, where officers appeared at the exact moment you entered or exited a roadway. These incidents were limited in number but significant in their precision.

On August 10, a Lincoln Police Department vehicle passed directly behind your vehicle in the rear parking area of the Loren Corey Eiseley Branch Library. The officer did not stop or engage, but the proximity was notable. Later that evening, another Lincoln Police Department vehicle entered the Walgreens/CVS traffic circle at the same moment you approached it. Again, no communication occurred, but the timing was exact.

On August 12, while exiting Interstate 80 southbound and turning left onto O Street, a Lincoln Police Department vehicle appeared in the opposite lane at the exact moment you entered the roadway. This encounter reinforced the pattern of officers appearing precisely when you entered a new roadway segment.

These early incidents were limited in number, but they established the foundation of a pattern: officers appearing at the exact moment you entered or exited specific locations. The encounters were non-contact, brief, and involved single units. At this stage, the pattern was present but not yet frequent or multi-agency.

---

II. Mid-Period: August 13–14, 2026
Increase in Frequency, Proximity, and Multi-Unit Encounters

The situation escalated significantly on August 13, when you encountered three Lincoln Police Department vehicles simultaneously at the Taco Bell located at 3310 North 27th Street. All three vehicles left the location immediately upon your arrival. This was the first documented multi-unit encounter during this period, marking a clear shift from isolated timing-based encounters to coordinated multi-vehicle presence.

The next day, August 14, the frequency and proximity of encounters increased further. At 8:59 a.m., a Lincoln Police Department vehicle exited the CVS parking lot at the exact moment you arrived at the Walgreens/CVS traffic circle. The officer then drove directly next to your vehicle for a short distance. This was the first instance of direct parallel travel, a form of proximity-based surveillance.

At 9:20 a.m., after leaving the 700 R Street Post Office and turning onto North 9th Street, a Lincoln Police Department vehicle made a left turn onto North 9th Street at the exact same moment. This reinforced the pattern of timing-based roadway entry.

At 9:53 a.m., a Lancaster County Sheriff's Office vehicle appeared on Superior Street traveling northbound while you were traveling southbound. This marked the first multi-agency presence during this period, expanding the pattern beyond city police.

By the end of August 14, the pattern had escalated in three ways:
1. Increased frequency of encounters.
2. Increased proximity, including parallel travel.
3. Introduction of multi-agency involvement, with sheriff's vehicles appearing in the same corridors.

---

III. Late Period: August 19, 2026
Expansion to Interstate Travel and Inter-Jurisdictional Presence

The most significant escalation occurred on August 19, when encounters expanded beyond Lincoln and

involved interstate travel and inter-jurisdictional police presence.

At 9:31 a.m., a Lincoln Police Department vehicle entered the Walgreens/CVS traffic circle at the exact moment you entered it. This reinforced the repeated pattern of timing-based encounters at the same location.

At 9:59 a.m., a Lancaster County Sheriff's Office vehicle appeared at the intersection where Atlas Avenue crosses North 14th Street, traveling northbound as you traveled southbound. This continued the multi-agency pattern and extended it to additional intersections.

The most substantial escalation occurred at 12:00 p.m. and 12:05 p.m., when the encounters expanded to Interstate 80 westbound, involving Omaha Police Department vehicles. At 12:00 p.m., an Omaha Police vehicle passed directly by your vehicle near Exit 448. At 12:05 p.m., another police vehicle approached on your right side near Exit 442 and traveled westbound toward Lincoln alongside you.

These interstate encounters marked a major escalation for several reasons:

1. Inter-jurisdictional involvement: Omaha Police Department vehicles appeared on I-80 westbound, far outside their usual city patrol areas.
2. Interstate proximity: Officers traveled directly beside your vehicle on a high-speed corridor.
3. Temporal clustering: Two encounters occurred within five minutes of each other.
4. Geographic expansion: The pattern extended from Lincoln city streets to interstate travel between Omaha and Lincoln.

By August 19, the pattern had evolved from occasional timing-based encounters to multi-agency, multi-unit, inter-jurisdictional roadway proximity involving city police, sheriff's deputies, and Omaha Police Department vehicles.

---

IV. Pattern Escalation Analysis
August 9–19, 2026

The escalation between August 9 and August 19 can be demonstrated through five measurable factors: frequency, proximity, timing precision, multi-agency involvement, and geographic expansion.

1. Frequency Increased Significantly

Early encounters were isolated, occurring once or twice per day. By August 14 and August 19, encounters occurred multiple times within the same morning or within minutes of each other. This increase in frequency is a clear indicator of escalation.

2. Proximity Became More Direct

Between August 9 and August 19, 2026, the situation escalated in every measurable way: frequency, proximity, timing precision, multi-agency involvement, and geographic range. What began as occasional timing-based encounters evolved into repeated, multi-unit, multi-agency roadway proximity involving city police, sheriff's deputies, and Omaha Police Department vehicles across both local streets and interstate travel.

The encounters remained non-contact, non-investigatory, and non-communicative, but the pattern intensified through repeated simultaneous roadway entries, parallel travel, and inter-jurisdictional presence. The escalation is factual, observable, and documented through consistent roadway encounters across a ten-day period.

Loren Corey Eiseley Branch Library & Walgreens/CVS Circle

1. 6:15 p.m. – Loren Corey Eiseley Branch Library (Rear Parking Area)
At approximately 6:15 p.m. on August 10, 2026, I was seated inside my vehicle parked behind the Loren Corey Eiseley Branch Library. A Lincoln Police Department vehicle, identified as unit number 35413, drove past my location in the rear parking area. The officer did not stop or initiate contact. The encounter consisted solely of the police vehicle passing my parked car in close proximity.
This incident aligns with proximity-based encounters and drive-by monitoring.

---

2. 7:15 p.m. – Walgreens/CVS Traffic Circle → North 14th Street (Southbound Toward O Street)
At approximately 7:15 p.m. on August 10, 2026, a Lincoln Police Department vehicle entered the Walgreens/CVS traffic circle. After entering the circle, the officer proceeded through the roundabout and continued southbound on North 14th Street, heading toward O Street.
The officer did not stop or initiate contact. This encounter consisted solely of the police vehicle entering the circle and driving past my location.
This incident aligns with drive-by monitoring and non-contact surveillance behavior.

---

August 12, 2026 – 11:39 a.m.
I-80 Southbound → O Street

At exactly 11:39 a.m., I was driving southbound on Interstate 80 toward Lincoln. After exiting the interstate, I made a left turn onto O Street. At the moment I completed the turn, a Lincoln Police Department vehicle was already traveling on O Street in the opposite direction, heading toward me. The officer did not stop or initiate contact.

This incident aligns with timing-based proximity encounters and non-contact surveillance behavior.

---

August 13, 2026 – 8:47 p.m.
Taco Bell – 3310 North 27th Street

At approximately 8:47 p.m., I arrived at the Taco Bell located at 3310 North 27th Street to place an order. As I pulled into the driveway, I observed three Lincoln Police Department vehicles already present on the premises. I do not know how long they had been there.

Immediately upon my arrival, all three police vehicles left the location at the same time, exiting without stopping or initiating contact.

This incident aligns with multi-unit proximity encounters, timing-based encounters, and drive-off behavior.

Surveillance Report – August 14, 2026
Lincoln Police Department & Lancaster County Sheriff's Office

---

1. 8:59 a.m. – Superior Street → Walgreens/CVS Traffic Circle → North 27th Street

At approximately 8:59 a.m., I was driving southbound on Superior Street toward the Walgreens/CVS traffic circle. As I approached the circle, a Lincoln Police Department vehicle exited the CVS parking lot at the exact moment I arrived at the intersection.

After pulling out, the officer began driving directly next to my vehicle, heading southbound toward North 27th Street. The officer maintained close proximity for a short distance.

To create separation, I made a left turn onto a nearby street off Superior Street. The officer did not follow my turn and instead continued southbound on Superior Street toward North 27th Street. No communication or investigatory action occurred.

This incident aligns with timing-based proximity encounters, proximity-based surveillance, and non-contact surveillance behavior.

---

2. 9:20 a.m. – 700 R Street Post Office → North 9th Street

At approximately 9:20 a.m., I exited the United States Postal Service facility at 700 R Street. After leaving the post office, I made a right turn onto North 9th Street, heading southbound toward the downtown area.

At the exact moment I turned onto North 9th Street, a Lincoln Police Department vehicle made a left turn onto North 9th Street from the direction of R Street. The officer entered the same roadway at the same moment I did, placing his vehicle directly on North 9th Street as I began traveling southbound.

The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the police vehicle entering North 9th Street at the exact time I turned onto it.

This incident aligns with timing-based proximity encounters and drive-by monitoring.

---

3. 9:53 a.m. – Superior Street (Southbound) → Sheriff Vehicle (Northbound)

At approximately 9:53 a.m., I was driving southbound on Superior Street. As I continued southbound, a Lancaster County Sheriff's Office vehicle was traveling northbound on Superior Street, heading toward the Walgreens/CVS traffic circle.

The sheriff's vehicle passed my location while traveling in the opposite direction. The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the sheriff's vehicle appearing on the same roadway and passing me while heading northbound.

This incident aligns with drive-by monitoring and non-contact surveillance behavior.

– September 8, 2026 at 2:08 p.m.
Superior Street & Camper Circle → Nebraska State Patrol (Simultaneous Pass-By)

At approximately 2:08 p.m. on September 8, 2026, I was driving in the vicinity of 'Superior Street and Camper Circle, taking my nephew to work. At that exact same time and at the same location, a Nebraska State Patrol trooper passed by my vehicle while traveling through the intersection.

The trooper's vehicle entered and moved through the same roadway segment at the same moment I was present. The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the State Patrol vehicle passing directly by my location at the exact same time I was driving through Superior Street near Camper Circle.

This incident aligns with timing-based proximity encounters and non-contact surveillance behavior already documented in your chronology.

– September 8, 2026 at 2:37 p.m.

North 66th Street & Q Street → Lincoln Police Vehicle (Left-Turn / Same-Time Proximity)

At approximately 2:37 p.m. on September 8, 2026 , I was stopped at the traffic light at the intersection of **North 66th Street and Q Street . At that exact same time, a Lincoln Police Department vehicle approached the intersection and made a left turn .n the same vicinity while I was positioned at the light.

The police vehicle entered and moved through the intersection at the same moment I was present. The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the police vehicle making a left turn at the exact time I was at the intersection.

This incident aligns with **timing-based proximity encounters and non-contact surveillance behavior already documented in your chronology.

– September 13, 2026 at 4:59 p.m.
Loren Corey Eiseley Branch Library (Rear Parking Area) → Lincoln Police Vehicle (Front-Pass / Repeated-Location Pattern)'

At approximately 4:59 p.m. on September 13, 2026 , I was sitting 'stationary in my vehicle behind the Loren Corey Eiseley Branch Library , positioned in the rear parking area. While I remained parked, a **Lincoln Police Department vehicle** drove **directly in front of my vehicle**, passing through the same rear-lot vicinity at the exact time I was present.

The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the police vehicle driving directly in front of my stationary vehicle behind the library.

This location has now produced **at least six separate incidents** in which either a **Lincoln Police Department vehicle** or a **Nebraska State Patrol trooper** has passed by my vehicle **while I was stationary** behind the Loren Corey Eiseley Branch Library. These repeated encounters at the same location form a consistent pattern of **repeated-location presence** and **non-contact surveillance behavior**.

– September 17, 2026 at 6:40 p.m.

Holdrege Street & North 48th Street → Lincoln Police Vehicle (Right-Turn / Same-Time Proximity)

At approximately 6:40 p.m. on September 17, 2026 , I was present at the intersection of **Holdrege Street and North 48th Street**. At that exact time, a **Lincoln Police Department vehicle** approached the same intersection and **made a right turn onto Holdrege Street** while I was already positioned at the intersection.

The police vehicle entered Holdrege Street at the same moment I was present, occupying the same intersection space during the turn. The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the police vehicle making a right turn onto Holdrege Street at the exact time I was at the intersection.

This incident aligns with **timing-based proximity encounters** and **non-contact surveillance behavior** already documented in your chronology.

– September 17, 2026 at 9:16 p.m.

Superior Street & North 27th Street → Lincoln Police Vehicle (Left-Turn / Same-Time Proximity)**

At approximately 9:16 p.m. on September 17, 2026 , I was driving toward **Walmart** and was positioned at the intersection of **Superior Street and North 27th Street . At that exact same time, a **Lincoln Police Department vehicle** approached the intersection from **North 27th Street** and **made a left turn onto Superior Street**, heading toward the **Walgreens/CVS traffic circle**.

The police vehicle entered and moved through the intersection at the same moment I was present. The officer did not stop, initiate contact, or engage in any communication. The encounter consisted solely of the police vehicle making a left turn in the same vicinity and at the exact time I was positioned at the intersection.

This incident aligns with **timing-based proximity encounters** and **non-contact surveillance behavior** already documented in your chronology.

Surveillance Incident Entry

Date: September 17, 2026

Time: 11:17 p.m.

Location: North 27th Street and Superior Street, Lincoln, Nebraska

Agencies: Lincoln Police Department and Nebraska State Patrol

Statement:

At approximately 11:17 p.m. on September 17, 2026, Plaintiff was driving northbound on North 27th Street toward Superior Street. As Plaintiff began making a left turn onto Superior Street, a Lincoln Police Department vehicle appeared exactly on Plaintiff's right side at the same moment of the turn. Simultaneously, a Nebraska State Patrol vehicle was positioned on Superior Street, entering the intersection of North 27th Street at the exact time Plaintiff completed the left turn. Two different law-enforcement agencies were present in the same vicinity at the same time as Plaintiff's vehicle passed through the intersection, without initiating a stop, activating emergency equipment, or providing any lawful basis for their proximity.

📓 Factual Narrative Entry – September 25, 2026 at 11:23 a.m.
South 9th Street & Hill Street → Lincoln Police Vehicle (Side-by-Side Positioning / Same-Time Proximity)

At approximately 11:23 a.m. on September 25, 2026, I was driving on South 9th Street near Hill Street. At that exact time, a Lincoln Police Department vehicle pulled right next to my vehicle, occupying the adjacent lane while traveling through the same roadway space I was in.

The officer did not stop, activate emergency equipment, initiate communication, or conduct any investigatory action. The encounter consisted solely of the police vehicle positioning itself directly beside my vehicle at the exact moment I was driving through the intersection area of South 9th Street and Hill Street.

Surveillance Incident Entry

Date: September 25, 2026

Time: 1:31 p.m.

Location: Vine Street and North 48th Street, Lincoln, Nebraska

Agency: Lincoln Police Department

Statement:

At approximately 1:31 p.m. on September 25, 2026, while Plaintiff was traveling near the intersection of Vine Street and North 48th Street, a Lincoln Police Department vehicle maneuvered around the area twice in less than ten seconds and returned to Vine Street, passing Plaintiff's location immediately afterward. The officer did not initiate a stop, did not activate emergency equipment, and did not provide any lawful basis for the rapid, repeated pass-by. The maneuver occurred simultaneously with Plaintiff's presence at the intersection and is consistent with previously documented surveillance-pattern incidents.

.. 📓 Factual Narrative Entry – September 25, 2026 at 11:36 a.m.
1201 Calvert Street → South 10th Street & South Street → Lincoln Police Vehicle (Intersection Appearance / Same-Time Proximity)

After leaving the United States Postal Service facility at 1201 Calvert Street , I drove northbound on South 10th Street toward the downtown courthouse area. At approximately 11:36 a.m. on September 25, 2026 , as I approached the intersection of South 10th Street and South Street , a Lincoln Police Department vehicle** pulled onto South Street at the exact same time I was entering the intersection.

The police vehicle appeared in the intersection simultaneously with my vehicle, occupying the same roadway vicinity at the same moment. The officer did not stop, activate emergency equipment, initiate communication, or conduct any investigatory action. The encounter consisted solely of the police vehicle entering South Street at the exact time I was traveling northbound on South 10th Street toward the courthouse location.

October 1, 2026 at 11:23 p.m.

West Commerce Way & Northwest 12th Street (BMS Facility) → Lincoln Police Vehicle (Drive-By / Same-Time Proximity)

At approximately 11:23 p.m. on October 1, 2026, I was entering the intersection of West Commerce Way and Northwest 12th Street near the BMS facility to pick up my nephew. At that exact same time, a Lincoln Police Department vehicle drove right by my vehicle, passing through the same roadway vicinity at the precise moment I arrived at the intersection.

Surveillance Incident Entry

Date: October 1, 2026

Time: 2:47 p.m.

Location: North 27th Street and Cornhusker Highway, Lincoln, Nebraska

Agency:** Lincoln Police Department

Statement:

At approximately 2:47 p.m. on October 1, 2026, while Plaintiff was driving in the vicinity of North 27th Street and Cornhusker Highway, a Lincoln Police Department vehicle appeared in the same immediate area. The officer did not initiate a stop, did not activate emergency equipment, and did not provide any lawful basis for the proximity. The vehicle's presence occurred simultaneously with Plaintiff's arrival at the intersection.

October 4, 2026 — North 27th Street & Holdrege Street
Lincoln Police Department (LPD)

At approximately 2:45 p.m. to 3:00 p.m. on October 4, 2026, I was driving northbound on North 27th Street toward Holdrege Street. As I approached the intersection, a Lincoln Police Department patrol vehicle suddenly entered North 27th Street from my right side, coming out of an unknown side street.

The officer activated lights and sirens at the exact moment I was already in the middle of the intersection, forcing me to brake abruptly to avoid a collision. The maneuver created a near-accident situation, and the officer did not stop, did not initiate a lawful traffic stop, and did not provide any explanation or lawful basis for the emergency activation.

Surveillance Incident Entry

Date: October 8, 2026

Time: 2:23 p.m.

Location. Discovery Drive and West Highland Boulevard, Lincoln, Nebraska

Agency: Nebraska State Patrol

Statement:

At approximately 2:23 p.m. on October 8, 2026, while Plaintiff was approaching the intersection of Discovery Drive and West Highland Boulevard, a Nebraska State Patrol vehicle entered and drove through the same vicinity at the same time Plaintiff arrived. The trooper did not initiate a stop, did not activate emergency equipment, and did not provide any lawful basis for the proximity. The vehicle's appearance occurred simultaneously with Plaintiff's movement through the intersection, consistent with previously documented surveillance-pattern incidents.

Incident Entry – Nebraska State Patrol

Date: October 12, 2026

Time: 11:24 p.m.

Location: Northwest 12th Street and West Commerce Way, Lincoln, Nebraska

Agency: Nebraska State Patrol

Description:

At approximately 11:24 p.m., a Nebraska State Patrol vehicle appeared in front of my position near the intersection of Northwest 12th Street and West Commerce Way. The trooper's presence was not connected to any lawful stop, communication, or enforcement action. The vehicle's positioning was consistent with proximity-based surveillance, and no lawful basis, reasonable suspicion, or probable cause was provided.

Conclusion

Plaintiff respectfully requests that the Court accept this motion and supplement the record with the attached chronology of surveillance incidents. Plaintiff further requests that the Court acknowledge receipt of this notice that video recordings exist, although the recordings are not submitted at this time. These recordings correspond to certain documented dates, times, and locations involving Lincoln Police Department and Nebraska State Patrol. Plaintiff will submit the video recordings as exhibits upon the Court's direction. Plaintiff submits this motion in good faith to ensure the record accurately reflects the evidence in Plaintiff's possession. No defendants have appeared or are represented at this time.

Respectfully Submitted

_______________________________

Richard B Bayson
4300 North 7th Street apartment 306
Lincoln Nebraska 68521
1-347-806-4762
richard.bayson@yahoo.com
Pro Se Plaintiff




FROM:

RICHARD B BAYSON
4300 NORTH 7th STREET
APT 306
LINCOLN, NEBRASKA
68521

UNITED STATES POSTAL SERVICE. Retail

G

US POSTAGE PAID
$1.85
Origin: 68505
10/14/26
3051640505-77

USPS GROUND ADVANTAGE®

0 Lb 9.20 Oz
RDC 01

RECEIVED
OCT 16 2026
U.S. DISTRICT COURT

C009

SHIP TO:
100 CENTENNIAL MALL N
LINCOLN NE 68508-3859

USPS TRACKING® #

9500 1124 0187 6287 3481 58

TO:

CLERK OF THE COURT
US DISTRICT COURT FOR DISTRICT OF NEBRASKA
ROBERT V DENNEY FEDERAL COURTHOUSE
100 CENTENNIAL MALL NORTH
LINCOLN, NEBRASKA 68508

ailer

ReadyPost