IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

RICHARD B BAYSON, PLAINTIFF
V
CITY OF LINCOLN, Official Capacity c/o/City Attorney; SUPERINTENDENT OF THE NEBRASKA STATE PATROL, Official Capacity c/o/ Nebraska Attorney General's Office; INTERNAL AFFAIRS SERGEANT STOVER, Personal Capacity, Lincoln Police; and LANCASTER COUNTY SHERIFF, c/o Lancaster County Attorney's Office

DEFENDANTS

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 OCT 19 PM 12: 22

10/15/2026

Case Number: 4:26cv3344

MOTION TO SUPPLEMENT THE RECORD WITH INTERNAL AFFAIRS COMPLAINT MEETING AND NOTICE OF RETALIATORY ENFORCEMENT ACTION

RECEIVED
OCT 19 2026
CLERK
U.S. DISTRICT COURT

Introduction

Plaintiff submits this motion to supplement the record with materials relevant to Plaintiff's Fourth Amendment unreasonable seizure claim, First Amendment retaliation claim, and Fourteenth Amendment selective enforcement claim. Plaintiff attaches Exhibit A and Exhibit B to supplement the record. No defendants have appeared or are represented at this time.

EXHIBIT A - MARCH 17, 2026 LINCOLN POLICE DEPARTMENT WARNING TICKET

Violator Copy

**VIOLATION/WARNING FORM**

**Violation Number: LP51V0000657**

| Date of Offense | Time of Offense | County | Grant | Troop/District/Sector: |
|---|---|---|---|---|
| 03/17/2026 | 10:20 | LANCASTER - 02 | | |

| Last Name | First Name | M.I. | Suffix | Phone |
|---|---|---|---|---|
| BAYSON | RICHARD | B | | (402) 710-8262 |

| Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| 4300 N 7TH ST | LINCOLN | NE | 00000-0 | US |

| DOB | Gender | Height | Weight | Eyes | Hair | Race |
|---|---|---|---|---|---|---|
| 03/21/1973 | M | 5' 07" | | BRO | | B |

| DL State | DL Country | DL Number | Exp. Date | DL Class | Restrictions | DL Endorsements |
|---|---|---|---|---|---|---|
| NY | US | 804272574 | 03/21/2034 | D | B | |

| Vehicle Year | Vehicle Type | Vehicle Style | Make: | Model | Color: |
|---|---|---|---|---|---|
| 2023 | PA | 4D | CHEVROLET - CHEV | TRAILBLAZER | GRY - GRAY |

| Vehicle VIN | Vehicle License: | State | Country | Year |
|---|---|---|---|---|
| KL79MRSL6PB170656 | LDH3362 | NY | US | 2027 |

| In The City of | Hwy Type | Hwy Number | Hwy Suffix | Mile Marker |
|---|---|---|---|---|
| LINCOLN | | | | |

| Location Description | Latitude | Longitude |
|---|---|---|
| S 9TH ST/ S ST | | |

**OFFENSE 001**

| Statute/Ordinance Section | Offense Description: |
|---|---|
| 60-6,186 | SPEEDING (WARNING) MUNICIPAL |

| Violation Type: | Tracked: |
|---|---|
| W | RADAR |

Comments:

| Reporting Officer | Date | Badge Number | TroopArea |
|---|---|---|---|
| WALTERS, E. | 03/17/2026 | 1885 | LINCOLN POLICE DEPARTMENT |

I agree to correct the violation(s) listed above .

Motorist's Signature

This is to certify that the violation(s) listed above has been corrected

(Signature of Officer and Name of Law Enforcement Agency)

Signature Captured: N - NO ELECTRONIC SIGNATURE

RETURN BY MAIL: ☐ YES ☑ NO

This warning has been issued for a violation of the law. All listed violations must be corrected. You are subject to further enforcement action at any time until the violation has been corrected. Show proof of repair to any Law Enforcement Officer and return this document within 5 days to the listed address.

**REMEMBER TO BUCKLE UP**
**DRIVE CAREFULLY**

EXHIBIT B - MARCH 22, 2026 EMAIL TO INTERNAL AFFAIRS SUPERVISOR ALEX STOVER REGARDING DECEMBER 30, 2025 INTERNAL AFFAIRS MEETING AND SURVEILLANCE CONCERNS

# Follow-Up Regarding Ongoing Concerns Reported to Internal Affairs

From: Richard Bayson (richard.bayson@yahoo.com)

To: lpd1757@lincoln.ne.gov

Date: Sunday, March 22, 2026 at 03:14 PM EDT

I am writing to formally follow up on the concerns I previously reported to internal affairs and the face-to-face meeting I had with you on December 30,2025. I met with you at the Lincoln Police Department between approximately 9;00 am and 9;35 am, and we discussed the repeated interactions I had been experiencing with officers from Lincoln Police Department as well as other law-enforcement agencies. During that meeting, I explained that for approximately six to seven months, I had observed police officers vehicles following me, driving behind me, speeding up near my car, pulling besides me and also targeting me. There has been times in where i have multiple videos in where these officer vehicles stopping in front of me.

My intention in meeting with Internal Affairs was to report these concerns directly, provide the documentation I had collected, and allow time for the matter to be reviewed. I wanted to give the department the opportunity to look in the situation and address any issues that might have been contributing to these repeated interactions.

However, over the past three months, the situation has not improved. In fact, the behavior I have observed has increased in frequency and intensity. The same types of interactions I originally reported have continued to occur, often beginning as soon as I start driving my vehicle, whether in the morning, afternoon, evening, or late at night. Instead of decreasing after my report and our meeting, the pattern has become more noticeable and more concerning with this harassment.

Most recently, I received a violation/warning from two police officers during a traffic stop. I do not believe I was speeding at the time, and this incident has added to my concern about the ongoing pattern of interactions. This has been occuring while I am managing Federal and State legal matters related to my efforts to return to school, which has made the situation even more stressful. I have
attempted to handle this matter responsibly and through the appropriate channels. Given the continued nature of these interactions and the lack of improvement after reporting them, I am respectfully requesting an update on the status of the review. I would appreciate clarification, guidance, or information on the next steps so I can understand how to move forward

Thank you for your time and attention to this matter.

Sincerely,
Richard B Bayson
1-347-806-4762

Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and supplement the record with Plaintiff's documentation of the Internal Affairs complaint meeting and the retaliatory enforcement actions that followed. These materials are relevant to Plaintiff's First Amendment retaliation claim, Fourth Amendment unreasonable seizure claim, and Fourteenth Amendment selective enforcement claim. Plaintiff asks the Court to accept these supplemental materials into the record and consider them in resolving the pending matters before the Court.

Respectfully Submitted

_______________________

Richard B Bayson
4300 North 7th Street apartment 306
Lincoln Nebraska 68521
1-347-806-4762
richard.bayson@yahoo.com
Pro Se Plaintiff




FROM:

RICHARD B BAYSON
4300 NORTH 7th STREET
APT 306
LINCOLN, NEBRASKA
68521

UNITED STATES POSTAL SERVICE. Retail

G

US POSTAGE PAID

$0.20

Origin: 68506
10/16/26
3051630506-10

USPS GROUND ADVANTAGE®

0 Lb 4.40 Oz

RDC 01

RECEIVED
OCT 19 2026
CLERK
U.S. DISTRICT COURT

C009

SHIP TO:
100 CENTENNIAL MALL N
LINCOLN NE 68508-3859

USPS TRACKING® #

9500 1126 7518 6289 4701 33

TO:

CLERK OF THE COURT
US DISTRICT COURT
ROBERT V DENNEY FEDERAL COURTHOUSE
100 CENTENNIAL MALL NORTH
LINCOLN, NEBRASKA 68508

RECEIVED
OCT 19 2026
U.S. DISTRICT COURT

ocument Mailer

ReadyPost