IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD BAYSON,<br><br>Plaintiff, pro se,<br><br>v.<br><br>CITY OF LINCOLN, et al.<br><br>Defendants. | CASE NO. 4:26cv3344<br><br>MOTION TO DISMISS |

COMES NOW, Defendant, Lancaster County, Nebraska, on behalf of the Lancaster County Sheriff's Office, and hereby moves this Court to dismiss Plaintiff's complaint, with prejudice, for the reasons set forth below:

1. Plaintiff's complaint contains significant process and service of process deficiencies pursuant to Fed. R. Civ. P. 12(b)(4) and (5).
2. Plaintiff's failure to properly serve Lancaster County has resulted in a lack of personal jurisdiction by this Court pursuant to Fed. R. Civ. P. 12(b)(2).
3. Plaintiff's complaint fails to state a claim on which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

THE COUNTY OF LANCASTER,
NEBRASKA, Defendant.

PATRICK CONDON
County Attorney.

By: *<u>/s/ Morgan R. Sanchez</u>*
Morgan R. Sanchez #28200
Kyle C. Jedlicka, #28738
Deputy Lancaster County Attorney
605 South 10th Street
Lincoln, NE 68508
(402) 441-7321
msanchez@lancaster.ne.gov
kjedlicka@lancaster.ne.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of the filing on this 5th day of November, 2026 to the following:

Richard Bayson, pro se.
4300 North 7th Street, Apt 306
Lincoln, NE 68521
*Plaintiff, pro se*

Sara J. Rada
City Attorney's Office
SRada@lincoln.ne.gov
*Defendant*

Alex Stover
Lincoln Police Department
Internal Affairs
LPD1757@cjis.lincoln.ne.gov
*Defendant*

Colonel Bryan D. Waugh,
Superintendent, Nebraska State Patrol
4600 Innovation Drive
Lincoln, NE 68521

By: */s/ Morgan R. Sanchez*
Morgan R. Sanchez, #28200
Kyle C. Jedlicka, # 28738
Deputy Lancaster County Attorneys