**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **RICHARD B. BAYSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITY OF LINCOLN, et al.,**<br><br>**Defendants.** | **Case No. 4:26-cv-03344**<br><br>**DEFENDANTS' CITY OF LINCOLN AND SGT. ALEX STOVER MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

COMES NOW Defendants City of Lincoln ("City") and Lincoln Police Sergeant Alex Stover ("Sgt. Stover") (collectively, "City Defendants") and move the Court to dismiss Plaintiff's Complaint (*See* Filing Nos. 1, 5, and 7) for the reasons set forth below:

1. City moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(4), (5) and (6).

2. Sgt. Stover moves the Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

In support of this Motion, City Defendants have prepared a Brief which is being filed contemporaneously herewith.

WHEREFORE, City requests an Order dismissing Plaintiff's Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(4), (5) and (6), and Sgt. Stover requests the entry of an Order dismissing Plaintiff's Complaint in its entirety with prejudice Fed. R. Civ. P. 12(b)(6).

DATED this 10th day of November, 2026.

CITY OF LINCOLN AND SGT. ALEX STOVER, CITY DEFENDANTS

YOHANCE L. CHRISTIE, #24271
CITY ATTORNEY

By: */s/ Sarah J. Rada*
SARAH J. RADA, #25545
ASSISTANT CITY ATTORNEY
555 South 10th Street, Suite 300
Lincoln, NE 68508
Telephone: 402-441-7281
E-mail: srada@lincoln.ne.gov
COUNSEL FOR CITY DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a copy of such filing has been sent via regular U.S. mail and electronic mail to:

Richard B. Bayson
4300 N. 7th Street, #306
Lincoln, NE 68521
richard.bayson@yahoo.com

Morgan R. Sanchez
Lancaster County Attorney's Office
605 S. 10th Street
Lincoln, NE 68508
msanchez@lancaster.ne.gov

Colonel Bryan D. Waugh
Superintendent, Nebraska State Patrol
4600 Innovation Drive
Lincoln, NE 68521

By: */s/ Sarah J. Rada*
SARAH J. RADA, #25545